McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEDERSON,<br><br>       Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>       Defendant. | CIV-S-04-2493 CMK<br><br>STIPULATION REMANDING THE<br>CASE AND DIRECTING THE CLERK<br>TO ENTER JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  On remand, the Administrative Law Judge will be directed to obtain vocational expert testimony to clarify what impact the claimant's non-exertional impairment has on the occupational base and to identify jobs that are available in significant numbers in the national economy that the claimant can perform despite the claimant's limitations.

It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

1

stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: April 13, 2005                    /s/ Henry Reynolds
                                         HENRY REYNOLDS
                                         Attorney at Law

                                         Attorney for Plaintiff


DATED: April 13, 2005                    McGREGOR W. SCOTT
                                         United States Attorney


                                    By:  /s/ Bobbie J. Montoya
                                         BOBBIE J. MONTOYA
                                         Assistant U. S. Attorney

OF COUNSEL:

JANICE L. WALLI
Chief Counsel, Region IX

SHARON SANDS
Assistant Regional Counsel

United States Social
  Security Administration

RE:    JAMES PEDERSON v. JO ANNE B. BARNHART, Civ-S-04-2493 CMK, STIPULATION AND ORDER
STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER

McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEDERSON,<br><br>            Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>            Defendant. | CIV-S-04-2493 CMK<br><br>ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

      Good cause appearing, PEDERSON v. Barnhart, Civ-S-04-2493 CMK, is hereby REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the stipulation of the parties.  The prior administrative decision relative to the claim herein is vacated.  The Clerk is directed to enter Judgment.

      SO ORDERED.

DATED: April 21, 2005

                              /s/   Craig M. Kellison
                              Craig M. Kellison
                              United States Magistrate Judge