McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PEDERSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-02493-CMK**<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND NINE HUNDRED AND 00/100 DOLLARS ($2,900.00), and costs in the amount of SIXTY EIGHT AND 00/00 DOLLARS ($68.00).  Such amount(s) represent compensation for legal services rendered on behalf of Plaintiff by Plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the TWO THOUSAND NINE HUNDRED AND 00/100 DOLLARS ($2,900.00) in fees, and costs in the amount of SIXTY EIGHT AND 00/00 DOLLARS ($68.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: June 28, 2005          /s/ Henry Reynolds
                              HENRY REYNOLDS
                              Attorney at Law

                              Attorney for Plaintiff


DATED: June 28, 2005          McGREGOR W. SCOTT
                              United States Attorney


                         By:  /s/ Bobbie J. Montoya
                              BOBBIE J. MONTOYA
                              Assistant U. S. Attorney

                              Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

SHARON SANDS
Assistant Regional Counsel

Social Security Administration

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in CASE NO. 2:04-CV-02493-CMK, <u>**JAMES PEDERSON v. Jo Anne B. Barnhart**</u>, is hereby awarded attorney fees in the amount of $2,900.00 and costs in the amount of $68.00, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

**DATED:  June 30, 2005**

_____
**CRAIG M. KELLISON**
**UNITED STATES MAGISTRATE JUDGE**